UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Ronald E Norman, LLC
Washington Professional Campus II
901 Route 168, Suite 407A
Turnersville, NJ 08012
(856) 374-3100

**Order Filed on July 28, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert and Allison Grafton

Case No.: 16-10233

Chapter: 13

Judge: Jerrold N. Poslusny, Jr.

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 28, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Ronald E. Norman_____, the applicant, is allowed a fee of $ _____600.00_____ for services rendered and expenses in the amount of $_____7.37_____ for a total of $_____607.37_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*