Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  Robert N. Grafton, Jr. and Allison M. Grafton

Case No.: 16-10233

Judge: JNP

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original ☒ Modified/Notice Required ☒ Discharge Sought

☐ Motions Included ☐ Modified/No Notice Required ☐ No Discharge Sought

Date: 4/5/17

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

**Part 1:   Payment and Length of Plan**

a. The debtor shall pay $ 450.00 per month to the Chapter 13 Trustee, starting on May 1, 2017 for approximately 46 of 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Isabel Balboa, Trustee | Administrative | as allowed |
| Ronald E. Norman, Esquire | Administrative | $3,200.00 |
| Ronald E. Norman, Esquire | Administrative-supplemental fees | $607.37 |
| LeeAnn Grafton | Priority-DSO | $0.00 (Notice Only) |
| IRS | Priority-2013 Taxes | $3,262.90 |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Hyundai Lease Tilting Trust/Kia Motor Finance | 2015 Kia Sedona | $464.67 | 0 | $464.67 | $424.67 |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Bank of America | 1901 Exposition Drive Williamstown, NJ 08094 | $200,926.00 | $30,361.79 |
| Bank of America | 40 Canterbury Ct. Glassboro, NJ 08028 | $175,000.00 | $2,081.00 |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan: BMW Financial

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Wells Fargo Financial National Bank | furniture purchased from Ashley Homestore | $758.23 |
| Wells Fargo Financial National Bank | items purchased from Horizon Services, Inc. | $5,901.85 |

## Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| Hyundai Lease Tilting Trust/Kia Motors Finance | Automobile Lease-2015 Kia Sedona | ASSUME |
| Jack Scheidell | House Lease | ASSUME |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

**Part 8:    Other Plan Provisions**

    **a. Vesting of Property of the Estate**

        ☒   Upon confirmation

        ☐   Upon discharge

    **b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    **c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

    1) Trustee commissions
    2) Ronald E. Norman, Esquire
    3) IRS
    4) Secured then Unsecured Creditors

    **d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: 6/6/16            .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan is being modified to surrender joint debtor's interest in real property located at 40 Canterbury Court, Glassboro, NJ 08028. | Listed joint debtor's real property located at 40 Canterbury Court, Glassboro, NJ under Surrender section of plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:   Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 4-5-17                           /s/ Ronald E. Norman
                                       Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 4-5-17                           /s/ Robert N. Grafton, Jr.
                                       Debtor

Date: 4-5-17                           /s/ Allison M. Grafton
                                       Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-10233-JNP
Robert N. Grafton, Jr.                                              Chapter 13
Allison M. Grafton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: May 03, 2017
                              Form ID: pdf901          Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
```
db/jdb         Robert N. Grafton, Jr.,    Allison M. Grafton,    10 Cambridge Rd,    Turnersville, NJ  08012-1426
515934360      AIDHC,    PO Box 404112,    Atlanta, GA  30384-4112
515934362     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE  19808-1674)
515934361      Alfred I. Dupont Hospital,    PO Box 740198,    Atlanta, GA  30374-0198
515934365      Amex Dsnb,    9111 Duke Blvd,    Mason, OH  45040-8999
515934364      Amex Dsnb,    Correspondence,    PO Box 981540,    El Paso, TX  79998-1540
515934366      Apex Asset Management, LLC,    2501 Oregon Pike Ste 102,    Lancaster, PA  17601-4890
516132484      Apex Asset Management, LLC,    Virtua Health System, WJ,    PO Box 5407,
                Lancaster, PA  17606-5407
515934368     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982236,    El Paso, TX  79998-2236)
516160242      BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
515934367      Bank of America,    Correspondence FL-1-908-01-49,    PO Box 31785,    Tampa, FL  33631-3785
516021497     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515934370      Barclays Bank Delaware,    125 S West St,    Wilmington, DE  19801-5014
515934369      Barclays Bank Delaware,    PO Box 8801,    Wilmington, DE  19899-8801
515934371      Bk of Amer,    450 American St,    Simi Valley, CA  93065-6285
515934377     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank USA N,    15000 Capital One Dr,
                Richmond, VA  23238-1119)
516067435      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
515934378     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Cbna,    50 NW Point Blvd,    Elk Grove Village, IL  60007-1032)
515934375      Cap1/bstby,    PO Box 30285,    Salt Lake City, UT  84130-0285
515934376      Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
516022110      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515934379      Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
515934380      Chase Card Services,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE  19850-5298
515934381      Citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
515934382      Citibank,    Citicorp Credt Srvs/Centralized Bankrupt,    PO Box 790040,
                Saint Louis, MO  63179-0040
515934383      Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO  63179-0040
515934384      Comenitycapital/bjsclb,    PO Box 182125,    Columbus, OH  43218-2125
515934385      Comenitycapital/bjsclb,    PO Box 182120,    Columbus, OH  43218-2120
516143828      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
515934389      Dsnb Macys,    911 Duke Blvd,    Mason, OH  45040
515934388      Dsnb Macys,    Macys Bankruptcy Department,    PO Box 8053,    Mason, OH  45040-8053
516091393      ECAST SETTLEMENT CORPORATION,    PO BOX 29262,    NEW YORK, NY 10087-9262
516130843      ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
515934390      Furniturebar,    PO Box 94498,    Las Vegas, NV  89193-4498
515934391      Homeprjvisa,    PO Box 94498,    Las Vegas, NV  89193-4498
516160398     +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
515934393      Jack Scheidell,    30 McGregor Ct,    Turnersville, NJ  08012-2306
515934394     +Kennedy Health System,    Kennedy University Hospital,    500 Marlboro Ave,
                Cherry Hill, NJ 08002-2054
515934395      Kia Motors Finance,    4000 Macarthur Blvd Ste,    Newport Beach, CA  92660-2558
515934398      LeeAnn Grafton,    1901 Exposition Dr,    Williamstown, NJ  08094-6364
515991495     +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
516157535     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
515934403      PNC Bank,    PO Box 856177,    Louisville, KY  40285-6177
515934402      Paypal Credit,    PO Box 105658,    Atlanta, GA  30348-5658
515934414      Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN  55440-0673
515934415      Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
515934416      Tnb-Visa (TV) / Target,    C/O Financial & Retail Services Mailstop,    PO Box 9475,
                Minneapolis, MN  55440-9475
515934417      Virtua Health Voorhees,    2 Brighton Rd,    Clifton, NJ  07012-1663
516107103      Wells Fargo Bank NA,    PO Box 10438,    Des Moines   IA    50306-0438
515934418      Wells Fargo Home Projects Visa,    Wells Fargo Financial,    1 Home Campus Fl 3,
                Des Moines, IA  50328-0001
515934419      Wffnb/Furniture Barn,    Wells Fargo Financial National Bank,    PO Box 10438,
                Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 03 2017 22:57:09      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2017 22:57:05      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: May 03, 2017
                              Form ID: pdf901          Total Noticed: 84


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515934363        E-mail/Text: ebnbankruptcy@ahm.honda.com May 03 2017 22:57:18      American Honda Finance,
                 PO Box 168088,    Irving, TX   75016-8088
515988700        E-mail/Text: ally@ebn.phinsolutions.com May 03 2017 22:56:10      Ally Financial f/k/a GMAC,
                 PO Box 130424,    Roseville MN 55113-0004
515942041       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 03 2017 22:48:37
                 BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515954785        E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 03 2017 22:49:04
                 BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
515934373        E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 03 2017 22:49:04      Bmw Financial Services,
                 5515 Parkcenter Cir,    Dublin, OH   43017-3584
515934374        E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 03 2017 22:49:04      Bmw Financial Services,
                 Attn: Bankruptcy Department,    PO Box 3608,   Dublin, OH  43016-0306
516157180       +E-mail/Text: bncmail@w-legal.com May 03 2017 22:57:19      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516143239       +E-mail/Text: bncmail@w-legal.com May 03 2017 22:57:19      Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515941934        E-mail/Text: mrdiscen@discover.com May 03 2017 22:56:12      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH   43054-3025
515934386        E-mail/Text: mrdiscen@discover.com May 03 2017 22:56:12      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE   19850-5316
515934387        E-mail/Text: mrdiscen@discover.com May 03 2017 22:56:12      Discover Financial,
                 Attn: Bankruptcy,    PO Box 3025,   New Albany, OH   43054-3025
515934392        E-mail/Text: cio.bncmail@irs.gov May 03 2017 22:56:38      IRS,    PO Box 7346,
                 Philadelphia, PA   19101-7346
515934396        E-mail/Text: bnckohlsnotices@becket-lee.com May 03 2017 22:56:25      Kohls/Capital One,
                 PO Box 3120,    Milwaukee, WI   53201-3120
515934397       +E-mail/Text: bnckohlsnotices@becket-lee.com May 03 2017 22:56:26      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515934400        E-mail/PDF: pa_dc_claims@navient.com May 03 2017 23:18:56      Navient,    PO Box 9500,
                 Wilkes Barre, PA   18773-9500
515934399        E-mail/PDF: pa_dc_claims@navient.com May 03 2017 22:48:38      Navient,    Attn: Claims Dept,
                 PO Box 9500,    Wilkes Barre, PA   18773-9500
515934401       +E-mail/Text: bnc@nordstrom.com May 03 2017 22:56:31      Nordstrom/td,    13531 E Caley Ave,
                 Englewood, CO  80111-6505
516160012        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2017 22:54:20
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,   POB 41067,    Norfolk VA 23541
516159781        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2017 22:54:30
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
516040132        E-mail/Text: bnc-quantum@quantum3group.com May 03 2017 22:56:58
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
516148477        E-mail/Text: bnc-quantum@quantum3group.com May 03 2017 22:56:58
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
515934407        E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:52      Syncb/Sams Club DC,
                 PO Box 965005,    Orlando, FL  32896-5005
515934404        E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:30      Syncb/amazon,    PO Box 965015,
                 Orlando, FL  32896-5015
515934405       +E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:30      Syncb/lowes,    PO Box 956005,
                 Orlando, FL 32896-0001
515934406        E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:52      Syncb/oldnavydc,    PO Box 965005,
                 Orlando, FL  32896-5005
515934408        E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:30      Syncb/toysrus,    PO Box 965005,
                 Orlando, FL  32896-5005
515934409        E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:52      Syncb/toysrus,    Attn: Bankrupty,
                 PO Box 103104,    Roswell, GA  30076-9104
515934410        E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:30      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    PO Box 103104,   Roswell, GA  30076-9104
515934411        E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:31      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    PO Box 103104,   Roswell, GA  30076-9104
515934412        E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:31      Synchrony Bank/Old Navy,
                 Attn: Bankruptcy,    PO Box 103104,   Roswell, GA  30076-9104
515934413        E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:52      Synchrony Bank/Sams Club,
                 Attn: Bankruptcy,    PO Box 103104,   Roswell, GA  30076-9104
                                                                                              TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515934372*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bk of Amer,     PO Box 982235,   El Paso, TX   79998-2235)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1            User: admin                 Page 3 of 3                  Date Rcvd: May 03, 2017
                                Form ID: pdf901             Total Noticed: 84
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
          Conika   Majumdar    on behalf of Creditor    BANK OF AMERICA, N.A. conika.majumdar@fnf.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Ronald E. Norman    on behalf of Joint Debtor Allison M. Grafton ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
          Ronald E. Norman    on behalf of Debtor Robert N. Grafton, Jr. ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
          Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
          William M. E. Powers, III    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 10
```