| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Office of Ronald E. Norman, LLC<br>Ronald E. Norman, Esquire<br>Washington Professional Campus II<br>901 Route 168, Suite 407 A<br>Turnersville, NJ 08012<br>(856) 374-3100 | **Order Filed on October 17, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Robert N. Grafton, Jr. and Allison M. Grafton | Case No.: **16-10233**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: **JNP** |

**ORDER ALLOWING COMPLETION OF TRANSFER
OF REAL PROPERTY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 17, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In Re: Robert N. Grafton, Jr. and Allison M. Grafton
Case No. 16-10233/JNP
Order Allowing Completion of Transfer of Real Property
Page Two

Upon the motion of Ronald E. Norman, counsel for Debtors, to allow the completion of transfer of real property known as 1901 Exposition Drive, Williamstown, New Jersey, listed in debtor's Marital Settlement Agreement to transfer title to debtor's ex-wife, LeeAnn Grafton and for good cause shown;

    **IT IS** hereby **ORDERED** that transfer of title of property known as 1901 Exposition Drive, Williamstown, New Jersey from debtor to debtor's ex-wife, LeeAnn Grafton, is hereby authorized.

rev. 12/21/04