UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Ronald E. Norman, LLC
Ronald E. Norman, Esquire
Washington Professional Campus II
901 Route 168, Suite 407 A
Turnersville, NJ 08012
(856) 374-3100

**Order Filed on October 17, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert N. Grafton, Jr. and Allison M. Grafton

Case No.: **16-10233**

Adv. No.:

Hearing Date:

Judge: **JNP**

## ORDER ALLOWING COMPLETION OF TRANSFER OF REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 17, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In Re: Robert N. Grafton, Jr. and Allison M. Grafton
Case No. 16-10233/JNP
Order Allowing Completion of Transfer of Real Property
Page Two

Upon the motion of Ronald E. Norman, counsel for Debtors, to allow the completion of transfer of real property known as 1901 Exposition Drive, Williamstown, New Jersey, listed in debtor's Marital Settlement Agreement to transfer title to debtor's ex-wife, LeeAnn Grafton and for good cause shown;

    **IT IS** hereby **ORDERED** that transfer of title of property known as 1901 Exposition Drive, Williamstown, New Jersey from debtor to debtor's ex-wife, LeeAnn Grafton, is hereby authorized.

rev. 12/21/04

United States Bankruptcy Court
District of New Jersey

In re:
Robert N. Grafton, Jr.
Allison M. Grafton
     Debtors

Case No. 16-10233-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 17, 2017
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
db/jdb         Robert N. Grafton, Jr.,    Allison M. Grafton,    10 Cambridge Rd,    Turnersville, NJ   08012-1426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:

        Conika Majumdar    on behalf of Creditor    BANK OF AMERICA, N.A. conika.majumdar@fnf.com
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Ronald E. Norman    on behalf of Debtor Robert N. Grafton, Jr. ronaldenorman@comcast.net,
         dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
        Ronald E. Norman    on behalf of Joint Debtor Allison M. Grafton ronaldenorman@comcast.net,
         dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
        Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
        William M. E. Powers, III    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@powerskirn.com
        William M.E. Powers    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                                                         TOTAL: 10