Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−10233−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert N. Grafton Jr.
10 Cambridge Rd
Turnersville, NJ 08012−1426

Allison M. Grafton
aka Allison M. Leary
10 Cambridge Rd
Turnersville, NJ 08012−1426

Social Security No.:
  xxx−xx−7346                                xxx−xx−5689

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 31, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 59 − 56
Order Granting Application to Employ David A. Wollman, Esq. as Special Counsel for Debtors (Related Doc # 56). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/31/2017. (cmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 31, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert N. Grafton, Jr.  
Allison M. Grafton  
    Debtors

Case No. 16-10233-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 31, 2017  
                       Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.  
aty         +David A. Wollman,    The Wollman Law Firm,    200 Haddonfield-Berlin Road,    Suite 102,    Gibbsboro, NJ 08026-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2017 at the address(es) listed below:

         Conika Majumdar    on behalf of Creditor     BANK OF AMERICA, N.A. conika.majumdar@fnf.com  
         Denise E. Carlon    on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Joshua I. Goldman    on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Ronald E. Norman    on behalf of Debtor Robert N. Grafton, Jr. ronaldenorman@comcast.net, dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com  
         Ronald E. Norman    on behalf of Joint Debtor Allison M. Grafton ronaldenorman@comcast.net, dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com  
         Sean M. O'Brien    on behalf of Creditor     BANK OF AMERICA, N.A. sobrien@flwlaw.com  
         William M. E. Powers, III    on behalf of Creditor     BANK OF AMERICA, N.A. ecf@powerskirn.com  
         William M.E. Powers    on behalf of Creditor     BANK OF AMERICA, N.A. ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor     Bank of America, N.A. ecf@powerskirn.com  
                                                                                                                              TOTAL: 10