| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Law Office of Ronald E. Norman, LLC | |
| Ronald E. Norman, Esquire | |
| Washington Professional Campus, II | |
| 901 Route 168, Suite 407A | |
| Turnersville, NJ 08012 | |
| (856)374-3100 | |

Order Filed on October 31, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert N. Grafton, Jr. and Allison M. Grafton

Case No.: _____16-10233_____

Judge: _____JNP_____

Chapter: _____13_____

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING
**RETENTION OF**  Johnson Yerkes of Century 21 Rauh & Johns

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: October 31, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 16-10233-JNP Doc 55 Filed 10/17/17 Entered 10/20/17 09:47:22 Desc
Proposed Order    Page 2 of 3

In re:        Robert N. Grafton, Jr. and Allison M. Grafton

Case No.:    16-10233/JNP

Applicant:   Allison M. Grafton

(check all that apply) ☐ Trustee: ☐ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

☑ Debtor: ☐ Chap. 11      ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:        Johnson Yerkes

Address of Professional:     Century 21 Rauh & Johns

                             508 Hurffville Crosskeys Road

                             Sewell, NJ 08080

                             _____

☐ Attorney for (check all that apply):

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☑ Other Professional:

    ☑ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

    ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

2.    Compensation shall be paid in such amounts as may be allowed by the Court

      upon proper application(s) therefor.

3.    The effective date of the retention is the date the application was filed with the

      Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-10233-JNP
Robert N. Grafton, Jr.                                                Chapter 13
Allison M. Grafton
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Oct 31, 2017
                              Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db/jdb         Robert N. Grafton, Jr.,   Allison M. Grafton,   10 Cambridge Rd,   Turnersville, NJ  08012-1426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
          Conika  Majumdar    on behalf of Creditor   BANK OF AMERICA, N.A. conika.majumdar@fnf.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Ronald E. Norman    on behalf of Debtor Robert N. Grafton, Jr. ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
          Ronald E. Norman    on behalf of Joint Debtor Allison M. Grafton ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
          Sean M. O'Brien    on behalf of Creditor   BANK OF AMERICA, N.A. sobrien@flwlaw.com
          William M. E. Powers, III    on behalf of Creditor   BANK OF AMERICA, N.A. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor   BANK OF AMERICA, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                          TOTAL: 10