UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Ronald E. Norman, LLC

Ronald E. Norman, Esquire

Washington Professional Campus, II

901 Route 168, Suite 407A

Turnersville, NJ 08012

(856)374-3100

---

**Order Filed on October 31, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert N. Grafton, Jr. and Allison M. Grafton

| | |
|---|---|
| Case No.: | 16-10233 |
| Judge: | JNP |
| Chapter: | 13 |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING

**RETENTION OF**   David A. Wollman, Esquire

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: October 31, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Proposed Order   Page 2 of 3

In re:      Robert N. Grafton, Jr. and Allison M. Grafton _____

Case No.:   16-10233/JNP _____

Applicant:  Allison M. Grafton _____

(check all that apply) ☐  Trustee: ☐  Chap. 7      ☐  Chap. 11      ☐  Chap. 13.

☑  Debtor: ☐  Chap. 11      ☑  Chap. 13

☐  Official Committee of _____

Name of Professional:      David A. Wollman, Esquire _____

Address of Professional:      The Wollman Law Firm _____

                              200 Haddonfield Berlin Road, Suite 102 _____

                              Gibbsboro, NJ 08026 _____

                              _____

☐  Attorney for (check all that apply):

   ☐  Trustee   ☐  Debtor-in-Possession

   ☐  Official Committee of _____

☐  Accountant for:

   ☐  Trustee   ☐  Debtor-in-Possession

   ☐  Official Committee of _____

☑  Other Professional:

   ☐  Realtor   ☐  Appraiser   ☑  Special Counsel   ☐  Auctioneer

   ☐  Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity
        noted.

Case 16-10283-JDP   Doc 53   Filed 02/17/17   Entered 02/17/17 13:41:05   Desc Proposed Order    Page 3 of 3

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-10233-JNP
Robert N. Grafton, Jr.                                                    Chapter 13
Allison M. Grafton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1            Date Rcvd: Oct 31, 2017
                             Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db/jdb        Robert N. Grafton, Jr.,   Allison M. Grafton,   10 Cambridge Rd,   Turnersville, NJ  08012-1426
aty          +David A. Wollman,   The Wollman Law Firm,   200 Haddonfield-Berlin Road,   Suite 102,
               Gibbsboro, NJ 08026-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
          Conika  Majumdar    on behalf of Creditor   BANK OF AMERICA, N.A. conika.majumdar@fnf.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Ronald E. Norman    on behalf of Debtor Robert N. Grafton, Jr. ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
          Ronald E. Norman    on behalf of Joint Debtor Allison M. Grafton ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
          Sean M. O'Brien    on behalf of Creditor   BANK OF AMERICA, N.A. sobrien@flwlaw.com
          William M. E. Powers, III   on behalf of Creditor   BANK OF AMERICA, N.A. ecf@powerskirn.com
          William M.E. Powers   on behalf of Creditor   BANK OF AMERICA, N.A. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                          TOTAL: 10