UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Robert N. Grafton, Jr. and
Allison M. Grafton

Case No.: _____16-10233_____

Chapter: _____13_____

Judge: _____JNP_____

## NOTICE OF PROPOSED PRIVATE SALE

_____Allison M. Grafton_____, _____joint debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | US Bankruptcy Court, District of New Jersey PO Box 2067 Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____December 19, 2017_____ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___4C___, ___400 Cooper Street, 4th Floor Camden, N.J. 08101___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 40 Canterbury Court Glassboro, NJ 08028 |
|---|---|

| Proposed Purchaser: | Yehui Wen |
|---|---|

| Sale price: | $150,000.00 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Johnson Yerkes of Century 21 Rauh and Johns and David A. Wollman, Esquire |
|---|---|
| Amount to be paid: | $4,600.00 (which represents realtor's commission of the 6% commission split with cooperating broker plus $100.00) and attorney fee-$3,950.00 |
| Services rendered: | Realtor's listing and sale of real property; and attorney preparation of short sale closing documents and representation at closing. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:  Law Offices of Ronald E. Norman, LLC

Address:  901 Route 168, Suite 407A, Turnersville, NJ 08012

Telephone No.:  856-374-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-10233-JNP
Robert N. Grafton, Jr.                                                    Chapter 13
Allison M. Grafton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 3                Date Rcvd: Nov 15, 2017
                             Form ID: pdf905       Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
```
db/jdb      Robert N. Grafton, Jr.,   Allison M. Grafton,   10 Cambridge Rd,   Turnersville, NJ 08012-1426
aty        +David A. Wollman,   The Wollman Law Firm,   200 Haddonfield-Berlin Road,   Suite 102,
             Gibbsboro, NJ 08026-1239
r          +Johnson Yerkes,   Century 21 Rauh & Johns,   508 Hurffville Crosskeys Road,
             Sewell, NJ 08080-2730
515934360   AIDHC,   PO Box 404112,   Atlanta, GA  30384-4112
515934362  ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
            (address filed with court: Am Honda Fin,   201 Little Falls Dr,   Wilmington, DE  19808-1674)
515934361   Alfred I. Dupont Hospital,   PO Box 740198,   Atlanta, GA  30374-0198
515934365   Amex Dsnb,   9111 Duke Blvd,   Mason, OH  45040-8999
515934364   Amex Dsnb,   Correspondence,   PO Box 981540,   El Paso, TX  79998-1540
515934366   Apex Asset Management, LLC,   2501 Oregon Pike Ste 102,   Lancaster, PA  17601-4890
516132484   Apex Asset Management, LLC,   Virtua Health System, WJ,   PO Box 5407,
             Lancaster, PA  17604-5407
515934368  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank of America,   PO Box 982236,   El Paso, TX  79998-2236)
516160242   BANK OF AMERICA, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
515934367   Bank of America,   Correspondence FL-1-908-01-49,   PO Box 31785,   Tampa, FL  33631-3785
516021497  +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517167900  +Bank of America, NA,   Prober & Raphael, A Law Corporation,
             20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
515934370   Barclays Bank Delaware,   125 S West St,   Wilmington, DE  19801-5014
515934369   Barclays Bank Delaware,   PO Box 8801,   Wilmington, DE  19899-8801
515934371   Bk of Amer,   450 American St,   Simi Valley, CA  93065-6285
515934377  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One Bank USA N,   15000 Capital One Dr,
             Richmond, VA  23238-1119)
516067435   CAPITAL ONE, N.A.,   C/O BECKET AND LEE LLP,   PO BOX 3001,   MALVERN, PA 19355-0701
515934378  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Cbna,   50 NW Point Blvd,   Elk Grove Village, IL  60007-1032)
515934375   Cap1/bstby,   PO Box 30285,   Salt Lake City, UT  84130-0285
515934376   Capital One,   Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT  84130-0285
516022110   Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
515934379   Chase Card,   PO Box 15298,   Wilmington, DE  19850-5298
515934380   Chase Card Services,   Attn: Correspondence Dept,   PO Box 15298,   Wilmington, DE  19850-5298
515934381   Citi,   PO Box 6241,   Sioux Falls, SD  57117-6241
515934382   Citibank,   Citicorp Credit Srvs/Centralized Bankrupt,   PO Box 790040,
             Saint Louis, MO  63179-0040
515934383   Citibank/the Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,   PO Box 790040,
             Saint Louis, MO  63179-0040
515934384   Comenitycapital/bjsclb,   PO Box 182125,   Columbus, OH  43218-2125
515934385   Comenitycapital/bjsclb,   PO Box 182120,   Columbus, OH  43218-2120
516143828   Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
             Kirkland, WA  98083-0657
515934388   Dsnb Macys,   Macys Bankruptcy Department,   PO Box 8053,   Mason, OH  45040-8053
515934389   Dsnb Macys,   911 Duke Blvd,   Mason, OH  45040
516091393   ECAST SETTLEMENT CORPORATION,   PO BOX 29262,   NEW YORK, NY 10087-9262
516130843   ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
515934390   Furniturebar,   PO Box 94498,   Las Vegas, NV  89193-4498
515934391   Homeprjvisa,   PO Box 94498,   Las Vegas, NV  89193-4498
516160398  +Hyundai Lease Titling Trust,   PO Box 20825,   Fountain Valley, CA 92728-0825
515934393   Jack Scheidell,   30 McGregor Ct,   Turnersville, NJ  08012-2306
515934394  +Kennedy Health System,   Kennedy University Hospital,   500 Marlboro Ave,
             Cherry Hill, NJ 08002-2054
515934395   Kia Motors Finance,   4000 Macarthur Blvd Ste,   Newport Beach, CA  92660-2558
515934398   LeeAnn Grafton,   1901 Exposition Dr,   Williamstown, NJ  08094-6364
515991495  +Midland Credit Management, Inc. as agent for,   MIDLAND FUNDING LLC,   PO Box 2011,
             Warren, MI 48090-2011
516157535  +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
515934403   PNC Bank,   PO Box 856177,   Louisville, KY  40285-6177
515934402   Paypal Credit,   PO Box 105658,   Atlanta, GA  30348-5658
515934414   Td Bank USA/Targetcred,   PO Box 673,   Minneapolis, MN  55440-0673
515934415   Thd/Cbna,   PO Box 6497,   Sioux Falls, SD  57117-6497
515934416   Tnb-Visa (TV) / Target,   C/O Financial & Retail Services Mailstop,   PO Box 9475,
             Minneapolis, MN  55440-9475
515934417   Virtua Health Voorhees,   2 Brighton Rd,   Clifton, NJ  07012-1663
516107103   Wells Fargo Bank NA,   PO Box 10438,   Des Moines   IA    50306-0438
515934418   Wells Fargo Home Projects Visa,   Wells Fargo Financial,   1 Home Campus Fl 3,
             Des Moines, IA 50328-0001
515934419   Wffnb/Furniture Barn,   Wells Fargo Financial National Bank,   PO Box 10438,
             Des Moines, IA  50306-0438
```

```
District/off: 0312-1          User: admin              Page 2 of 3          Date Rcvd: Nov 15, 2017
                             Form ID: pdf905           Total Noticed: 87
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2017 21:56:33    U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2017 21:56:32    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   Suite 2100,
                 Newark, NJ 07102-5235
515934363        E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 15 2017 21:56:35    American Honda Finance,
                 PO Box 168088,   Irving, TX  75016-8088
515988700        E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2017 21:56:21    Ally Financial f/k/a GMAC,
                 PO Box 130424,   Roseville MN 55113-0004
515942041       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2017 21:48:53
                 BMW Bank of North America,   c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
515954785        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 15 2017 21:59:10
                 BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin, OH 43016
515934373        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 15 2017 21:58:56    Bmw Financial Services,
                 5515 Parkcenter Cir,   Dublin, OH  43017-3584
515934374        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 15 2017 21:58:56    Bmw Financial Services,
                 Attn: Bankruptcy Department,   PO Box 3608,   Dublin, OH  43016-0306
516157180       +E-mail/Text: bncmail@w-legal.com Nov 15 2017 21:56:35    Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516143239       +E-mail/Text: bncmail@w-legal.com Nov 15 2017 21:56:35    Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515941934        E-mail/Text: mrdiscen@discover.com Nov 15 2017 21:56:21    Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
515934386        E-mail/Text: mrdiscen@discover.com Nov 15 2017 21:56:21    Discover Fin Svcs LLC,
                 PO Box 15316,   Wilmington, DE  19850-5316
515934387        E-mail/Text: mrdiscen@discover.com Nov 15 2017 21:56:21    Discover Financial,
                 Attn: Bankruptcy,   PO Box 3025,   New Albany, OH  43054-3025
515934392        E-mail/Text: cio.bncmail@irs.gov Nov 15 2017 21:56:26    IRS,   PO Box 7346,
                 Philadelphia, PA  19101-7346
515934396        E-mail/Text: bnckohlsnotices@becket-lee.com Nov 15 2017 21:56:23    Kohls/Capital One,
                 PO Box 3120,   Milwaukee, WI  53201-3120
515934397       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 15 2017 21:56:23    Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
515934400        E-mail/PDF: pa_dc_claims@navient.com Nov 15 2017 21:48:53    Navient,   PO Box 9500,
                 Wilkes Barre, PA  18773-9500
515934399        E-mail/PDF: pa_dc_claims@navient.com Nov 15 2017 21:48:51    Navient,   Attn: Claims Dept,
                 PO Box 9500,   Wilkes Barre, PA  18773-9500
515934401       +E-mail/Text: bnc@nordstrom.com Nov 15 2017 21:56:24    Nordstrom/td,   13531 E Caley Ave,
                 Englewood, CO 80111-6505
516160012        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 21:59:05
                 Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,   POB 41067,   Norfolk VA 23541
516159781        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 22:11:07
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                 Norfolk VA 23541
516040132        E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2017 21:56:31
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
516148477        E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2017 21:56:31
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
515934407        E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 21:48:19    Syncb/Sams Club DC,
                 PO Box 965005,   Orlando, FL  32896-5005
515934404        E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 21:48:49    Syncb/amazon,   PO Box 965015,
                 Orlando, FL 32896-5015
515934405       +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 21:48:19    Syncb/lowes,   PO Box 965005,
                 Orlando, FL 32896-0001
515934406        E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 21:48:50    Syncb/oldnavydc,   PO Box 965005,
                 Orlando, FL  32896-5005
515934408        E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 21:48:50    Syncb/toysrus,   PO Box 965005,
                 Orlando, FL  32896-5005
515934409        E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 21:48:19    Syncb/toysrus,   Attn: Bankrupty,
                 PO Box 103104,   Roswell, GA  30076-9104
515934410        E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 21:48:36    Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   PO Box 103104,   Roswell, GA  30076-9104
515934411        E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 21:48:36    Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   PO Box 103104,   Roswell, GA  30076-9104
515934412        E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 21:48:36    Synchrony Bank/Old Navy,
                 Attn: Bankruptcy,   PO Box 103104,   Roswell, GA  30076-9104
515934413        E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 21:48:19    Synchrony Bank/Sams Club,
                 Attn: Bankruptcy,   PO Box 103104,   Roswell, GA  30076-9104
                                                                                            TOTAL: 33
```

```
District/off: 0312-1            User: admin              Page 3 of 3           Date Rcvd: Nov 15, 2017
                               Form ID: pdf905          Total Noticed: 87
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515934372*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bk of Amer,    PO Box 982235,    El Paso, TX  79998-2235)
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                              Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
```
              Conika  Majumdar    on behalf of Creditor    BANK OF AMERICA, N.A. conika.majumdar@fnf.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ronald E. Norman    on behalf of Joint Debtor Allison M. Grafton ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;gl4985@notify.cincompass.com
              Ronald E. Norman    on behalf of Debtor Robert N. Grafton, Jr. ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;gl4985@notify.cincompass.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
              William M. E. Powers, III    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                              TOTAL: 10
```