UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICE OF RONALD E. NORMAN, LLC
RONALD E. NORMAN, ESQUIRE
WASHINGTON PROFESSIONAL CAMPUS, II
901 ROUTE 168, SUITE 407A
TURNERSVILLE, NJ 08012
(856)374-3100

**Order Filed on December 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:
Robert N. Grafton, Jr. and Allison M. Grafton

Case No.: 16-10233
Hearing Date: _____
Chapter: 13
Judge: JNP

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: December 19, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____ 40 Canterbury Court, Glassboro _____ , New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Johnson Yerkes of Century 21 Rauh & Johns and David A. Wollman, Esquire |
| Amount to be paid: | $4,600.00 ( which represents 6% commission split of the sale price with cooperating Broker plus $100.00) and attorney fee $3,950.00 |
| Services rendered: | Realtor's listing and sale of real property; and attorney preparation of short sale closing documents and representation at closing |

**OR**: ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $\underline{\quad 0.00 \quad}$ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Robert N. Grafton, Jr.
Allison M. Grafton
    Debtors

Case No. 16-10233-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2017
                   Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
db/jdb         Robert N. Grafton, Jr.,    Allison M. Grafton,    10 Cambridge Rd,    Turnersville, NJ  08012-1426
aty            +David A. Wollman,    The Wollman Law Firm,    200 Haddonfield-Berlin Road,    Suite 102,
                Gibbsboro, NJ 08026-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
            Conika  Majumdar     on behalf of Creditor     BANK OF AMERICA, N.A. conika.majumdar@fnf.com
            Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
            Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Ronald E. Norman     on behalf of Debtor Robert N. Grafton, Jr. ronaldenorman@comcast.net,
             dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
            Ronald E. Norman     on behalf of Joint Debtor Allison M. Grafton ronaldenorman@comcast.net,
             dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
            Sean M. O'Brien     on behalf of Creditor     BANK OF AMERICA, N.A. sobrien@flwlaw.com
            William M. E. Powers, III     on behalf of Creditor     BANK OF AMERICA, N.A. ecf@powerskirn.com
            William M.E. Powers     on behalf of Creditor     BANK OF AMERICA, N.A. ecf@powerskirn.com
            William M.E. Powers, III     on behalf of Creditor     Bank of America, N.A. ecf@powerskirn.com
                                                                                                         TOTAL: 10