Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−10233−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert N. Grafton Jr.                        Allison M. Grafton
   10 Cambridge Rd                           aka Allison M. Leary
   Turnersville, NJ 08012−1426        10 Cambridge Rd
                                                    Turnersville, NJ 08012−1426

Social Security No.:
   xxx−xx−7346                              xxx−xx−5689

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:     3/8/18
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Ronald E. Norman, Debtor's Attorney

COMMISSION OR FEES
Fees: $2100.00

EXPENSES
Expenses: $10.92

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 2, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-10233-JNP
Robert N. Grafton, Jr.                                                  Chapter 13
Allison M. Grafton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                 Page 1 of 3          Date Rcvd: Feb 02, 2018
                              Form ID: 137                Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
```
db/jdb         Robert N. Grafton, Jr.,    Allison M. Grafton,    10 Cambridge Rd,    Turnersville, NJ  08012-1426
aty           +David A. Wollman,    The Wollman Law Firm,    200 Haddonfield-Berlin Road,    Suite 102,
                Gibbsboro, NJ  08026-1239
r             +Johnson Yerkes,    Century 21 Rauh & Johns,    508 Hurffville Crosskeys Road,
                Sewell, NJ  08080-2730
515934360      AIDHC,    PO Box 404112,    Atlanta, GA  30384-4112
515934362    ++AMERICAN HONDA FINANCE,     P O BOX 168088,    IRVING TX  75016-8088
              (address filed with court: Am Honda Fin,      201 Little Falls Dr,    Wilmington, DE  19808-1674)
515934361      Alfred I. Dupont Hospital,     PO Box 740198,    Atlanta, GA  30374-0198
515934365      Amex Dsnb,    9111 Duke Blvd,    Mason, OH  45040-8999
515934364      Amex Dsnb,    Correspondence,    PO Box 981540,    El Paso, TX  79998-1540
515934366      Apex Asset Management, LLC,     2501 Oregon Pike Ste 102,    Lancaster, PA  17601-4890
516132484      Apex Asset Management, LLC,     Virtua Health System, WJ,    PO Box 5407,
                Lancaster, PA  17606-5407
515934368    ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX  79998-2238
              (address filed with court: Bank of America,      PO Box 982236,    El Paso, TX  79998-2236)
516160242      BANK OF AMERICA, N.A.,     PO BOX 31785,    Tampa, FL  33631-3785
515934367      Bank of America,    Correspondence FL-1-908-01-49,     PO Box 31785,    Tampa, FL  33631-3785
516021497     +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
517167900     +Bank of America, NA,     Prober & Raphael, A Law Corporation,
                20750 Ventura Boulevard, Suite 100,     Woodland Hills, CA 91364-6207
515934370      Barclays Bank Delaware,     125 S West St,    Wilmington, DE  19801-5014
515934369      Barclays Bank Delaware,     PO Box 8801,    Wilmington, DE  19899-8801
515934371      Bk of Amer,    450 American St,    Simi Valley, CA  93065-6285
515934377    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT  84130-0285
              (address filed with court: Capital One Bank USA N,      15000 Capital One Dr,
                Richmond, VA  23238-1119)
516067435      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,     PO BOX 3001,    MALVERN, PA 19355-0701
515934378    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO  63179-0034
              (address filed with court: Cbna,     50 NW Point Blvd,    Elk Grove Village, IL  60007-1032)
515934375      Cap1/bstby,    PO Box 30285,    Salt Lake City, UT  84130-0285
515934376      Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
516022110      Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
517183598     +Carrington Mortgage Services, LLC,     1600 South Douglass Road,    Anaheim, CA 92806-5951
517183599     +Carrington Mortgage Services, LLC,     1600 South Douglass Road,    Anaheim, CA 92806,
                Carrington Mortgage Services, LLC,     1600 South Douglass Road,    Anaheim, CA 92806-5951
515934379      Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
515934380      Chase Card Services,    Attn: Correspondence Dept,     PO Box 15298,    Wilmington, DE  19850-5298
515934381      Citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
515934382      Citibank,    Citicorp Credt Srvs/Centralized Bankrupt,     PO Box 790040,
                Saint Louis, MO  63179-0040
515934383      Citibank/the Home Depot,     Citicorp Credit Srvs/Centralized Bankrup,     PO Box 790040,
                Saint Louis, MO  63179-0040
515934384      Comenitycapital/bjsclb,     PO Box 182125,    Columbus, OH  43218-2125
515934385      Comenitycapital/bjsclb,     PO Box 182120,    Columbus, OH  43218-2120
516143828      Department Store National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
515934389      Dsnb Macys,    911 Duke Blvd,    Mason, OH  45040
515934388      Dsnb Macys,    Macys Bankruptcy Department,     PO Box 8053,    Mason, OH  45040-8053
516091393      ECAST SETTLEMENT CORPORATION,     PO BOX 29262,    NEW YORK, NY 10087-9262
516130843      ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
515934390      Furniturebar,    PO Box 94498,    Las Vegas, NV  89193-4498
515934391      Homeprjvisa,    PO Box 94498,    Las Vegas, NV  89193-4498
516160398     +Hyundai Lease Titling Trust,     PO Box 20825,    Fountain Valley, CA 92728-0825
515934393      Jack Scheidell,    30 McGregor Ct,    Turnersville, NJ  08012-2306
515934394     +Kennedy Health System,    Kennedy University Hospital,     500 Marlboro Ave,
                Cherry Hill, NJ  08002-2054
515934395      Kia Motors Finance,    4000 Macarthur Blvd Ste,     Newport Beach, CA  92660-2558
515934398      LeeAnn Grafton,    1901 Exposition Dr,     Williamstown, NJ  08094-6364
516157535     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
515934403      PNC Bank,    PO Box 856177,    Louisville, KY  40285-6177
515934404      Paypal Credit,    PO Box 105658,    Atlanta, GA  30348-5658
515934414      Td Bank USA/Targetcred,     PO Box 673,    Minneapolis, MN  55440-0673
515934415      Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
515934416      Tnb-Visa (TV) / Target,     C/O Financial & Retail Services Mailstop,     PO Box 9475,
                Minneapolis, MN  55440-9475
515934417      Virtua Health Voorhees,     2 Brighton Rd,    Clifton, NJ  07012-1663
516107103      Wells Fargo Bank NA,    PO Box 10438,    Des Moines    IA    50306-0438
515934418      Wells Fargo Home Projects Visa,     Wells Fargo Financial,    1 Home Campus Fl 3,
                Des Moines, IA  50328-0001
515934419      Wffnb/Furniture Barn,    Wells Fargo Financial National Bank,     PO Box 10438,
                Des Moines, IA  50306-0438
```

```
District/off: 0312-1           User: admin              Page 2 of 3                   Date Rcvd: Feb 02, 2018
                               Form ID: 137             Total Noticed: 89


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2018 23:28:53      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2018 23:28:48      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
515934363         E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 02 2018 23:29:03      American Honda Finance,
                   PO Box 168088,    Irving, TX  75016-8088
515988700         E-mail/Text: ally@ebn.phinsolutions.com Feb 02 2018 23:28:00      Ally Financial f/k/a GMAC,
                   PO Box 130424,    Roseville MN 55113-0004
515942041        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 02 2018 23:35:08
                   BMW Bank of North America,    c/o Ascension Capital Group,   P.O. Box 201347,
                   Arlington, TX 76006-1347
515954785         E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 02 2018 23:35:08
                   BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
515934373         E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 02 2018 23:35:08      Bmw Financial Services,
                   5515 Parkcenter Cir,    Dublin, OH  43017-3584
515934374         E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 02 2018 23:35:08      Bmw Financial Services,
                   Attn: Bankruptcy Department,    PO Box 3608,    Dublin, OH  43016-0306
516157180        +E-mail/Text: bncmail@w-legal.com Feb 02 2018 23:29:03      Cerastes, LLC,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516143239        +E-mail/Text: bncmail@w-legal.com Feb 02 2018 23:29:03      Comenity Capital Bank,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515941934         E-mail/Text: mrdiscen@discover.com Feb 02 2018 23:28:01      Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515934386         E-mail/Text: mrdiscen@discover.com Feb 02 2018 23:28:01      Discover Fin Svcs LLC,
                   PO Box 15316,    Wilmington, DE  19850-5316
515934387         E-mail/Text: mrdiscen@discover.com Feb 02 2018 23:28:01      Discover Financial,
                   Attn: Bankruptcy,    PO Box 3025,    New Albany, OH  43054-3025
515934392         E-mail/Text: cio.bncmail@irs.gov Feb 02 2018 23:28:19      IRS,   PO Box 7346,
                   Philadelphia, PA  19101-7346
515934396         E-mail/Text: bnckohlsnotices@becket-lee.com Feb 02 2018 23:28:09      Kohls/Capital One,
                   PO Box 3120,    Milwaukee, WI  53201-3120
515934397        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 02 2018 23:28:09      Kohls/capone,
                   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515991495        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 02 2018 23:28:47
                   Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                   Warren, MI 48090-2011
515934400         E-mail/PDF: pa_dc_claims@navient.com Feb 02 2018 23:35:05      Navient,    PO Box 9500,
                   Wilkes Barre, PA  18773-9500
515934399         E-mail/PDF: pa_dc_claims@navient.com Feb 02 2018 23:34:10      Navient,    Attn: Claims Dept,
                   PO Box 9500,    Wilkes Barre, PA  18773-9500
515934401        +E-mail/Text: bnc@nordstrom.com Feb 02 2018 23:28:12      Nordstrom/td,    13531 E Caley Ave,
                   Englewood, CO 80111-6505
516160012         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 23:45:37
                   Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
516159781         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 23:52:54
                   Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                   Norfolk VA 23541
516040132         E-mail/Text: bnc-quantum@quantum3group.com Feb 02 2018 23:28:40
                   Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                   Kirkland, WA  98083-0788
516148477         E-mail/Text: bnc-quantum@quantum3group.com Feb 02 2018 23:28:40
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
515934407         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 23:34:09      Syncb/Sams Club DC,
                   PO Box 965005,    Orlando, FL  32896-5005
515934404         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 23:35:04      Syncb/amazon,    PO Box 965015,
                   Orlando, FL  32896-5015
515934405        +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 23:34:36      Syncb/lowes,    PO Box 956005,
                   Orlando, FL 32896-0001
515934406         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 23:34:36      Syncb/oldnavydc,    PO Box 965005,
                   Orlando, FL  32896-5005
515934408         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 23:34:36      Syncb/toysrus,    PO Box 965005,
                   Orlando, FL  32896-5005
515934409         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 23:34:09      Syncb/toysrus,    Attn: Bankrupty,
                   PO Box 103104,    Roswell, GA  30076-9104
515934410         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 23:34:36      Synchrony Bank/Amazon,
                   Attn: Bankruptcy,    PO Box 103104,    Roswell, GA  30076-9104
515934411         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 23:35:05      Synchrony Bank/Lowes,
                   Attn: Bankruptcy,    PO Box 103104,    Roswell, GA  30076-9104
515934412         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 23:35:05      Synchrony Bank/Old Navy,
                   Attn: Bankruptcy,    PO Box 103104,    Roswell, GA  30076-9104
515934413         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 23:34:36      Synchrony Bank/Sams Club,
                   Attn: Bankruptcy,    PO Box 103104,    Roswell, GA  30076-9104
                                                                                              TOTAL: 34
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Feb 02, 2018
                              Form ID: 137             Total Noticed: 89


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515934372*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bk of Amer,    PO Box 982235,    El Paso, TX  79998-2235)
                                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
              Conika  Majumdar     on behalf of Creditor    BANK OF AMERICA, N.A. conika.majumdar@fnf.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ronald E. Norman    on behalf of Debtor Robert N. Grafton, Jr. ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Joint Debtor Allison M. Grafton ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
              William M. E. Powers, III    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 10
```