|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Office of Ronald E Norman, LLC<br>Washington Professional Campus II<br>901 Route 168, Suite 407A<br>Turnersville, NJ 08012<br>(856) 374-3100 | Order Filed on March 8, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Robert and Allison Grafton | Case No.: 16-10233<br>Chapter: 13<br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 8, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Ronald E. Norman_____, the applicant, is allowed a fee of $ _____2,100.00_____ for services rendered and expenses in the amount of $_____10.92_____ for a total of $_____2,110.92_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____515_____ per month for ___35 more___ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Robert N. Grafton, Jr.
Allison M. Grafton
    Debtors

Case No. 16-10233-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 08, 2018
                        Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
db/jdb         Robert N. Grafton, Jr.,   Allison M. Grafton,   10 Cambridge Rd,   Turnersville, NJ   08012-1426
aty            +David A. Wollman,   The Wollman Law Firm,   200 Haddonfield-Berlin Road,   Suite 102,
               Gibbsboro, NJ 08026-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
             Conika Majumdar     on behalf of Creditor     BANK OF AMERICA, N.A. conika.majumdar@fnf.com
             Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
             Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
             Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
             bkgroup@kmllawgroup.com
             Ronald E. Norman     on behalf of Debtor Robert N. Grafton, Jr. ronaldenorman@comcast.net,
             dgordon@rnormanlaw.com;gl4985@notify.cincompass.com;ronaldenorman@icloud.com
             Ronald E. Norman     on behalf of Joint Debtor Allison M. Grafton ronaldenorman@comcast.net,
             dgordon@rnormanlaw.com;gl4985@notify.cincompass.com;ronaldenorman@icloud.com
             Sean M. O'Brien     on behalf of Creditor     BANK OF AMERICA, N.A. sobrien@flwlaw.com
             William M. E. Powers, III     on behalf of Creditor     BANK OF AMERICA, N.A. ecf@powerskirn.com
             William M.E. Powers     on behalf of Creditor     BANK OF AMERICA, N.A. ecf@powerskirn.com
             William M.E. Powers, III     on behalf of Creditor     Bank of America, N.A. ecf@powerskirn.com
                                                                                           TOTAL: 10