**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert N. Grafton Jr. | Social Security number or ITIN  xxx–xx–7346 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Allison M. Grafton | Social Security number or ITIN  xxx–xx–5689 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   16–10233–JNP

# Order of Discharge                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert N. Grafton Jr.                    Allison M. Grafton
                                         aka Allison M. Leary

<u>5/11/21</u>                           **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                     United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-10233-JNP
Robert N. Grafton, Jr.                                                                  Chapter 13
Allison M. Grafton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5
Date Rcvd: May 11, 2021      Form ID: 3180W      Total Noticed: 92

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert N. Grafton, Jr., Allison M. Grafton, 10 Cambridge Rd, Turnersville, NJ 08012-1426 |
| aty | + | David A. Wollman, The Wollman Law Firm, 200 Haddonfield-Berlin Road, Suite 102, Gibbsboro, NJ 08026-1239 |
| r | + | Johnson Yerkes, Century 21 Rauh & Johns, 508 Hurffville Crosskeys Road, Sewell, NJ 08080-2730 |
| 515934360 | | AIDHC, PO Box 404112, Atlanta, GA 30384-4112 |
| 515934362 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 515934365 | | Amex Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 515934364 | | Amex Dsnb, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 515934366 | | Apex Asset Management, LLC, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 516132484 | | Apex Asset Management, LLC, Virtua Health System, WJ, PO Box 5407, Lancaster, PA 17606-5407 |
| 516021497 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517167900 | + | Bank of America, NA, Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 516160398 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 515934393 | | Jack Scheidell, 30 McGregor Ct, Turnersville, NJ 08012-2306 |
| 515934394 | + | Kennedy Health System, Kennedy University Hospital, 500 Marlboro Ave, Cherry Hill, NJ 08002-2054 |
| 515934395 | | Kia Motors Finance, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 515934398 | | LeeAnn Grafton, 1901 Exposition Dr, Williamstown, NJ 08094-6364 |
| 515934417 | | Virtua Health Voorhees, 2 Brighton Rd, Clifton, NJ 07012-1663 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2021 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2021 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515934363 | | EDI: HNDA.COM | May 12 2021 00:23:00 | American Honda Finance, PO Box 168088, Irving, TX 75016-8088 |
| 515934361 | | Email/Text: ebn@nemours.org | May 11 2021 20:44:00 | Alfred I. Dupont Hospital, PO Box 740198, Atlanta, GA 30374-0198 |
| 515988700 | | EDI: GMACFS.COM | May 12 2021 00:23:00 | Ally Financial f/k/a GMAC, PO Box 130424, Roseville MN 55113-0004 |
| 515934368 | | EDI: BANKAMER.COM | May 12 2021 00:23:00 | Bank of America, PO Box 982236, El Paso, TX 79998-2236 |
| 515934372 | | EDI: BANKAMER.COM | May 12 2021 00:23:00 | Bk of Amer, PO Box 982235, El Paso, TX 79998-2235 |
| 516160242 | | EDI: BANKAMER.COM | May 12 2021 00:23:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 11, 2021 | Form ID: 3180W | Total Noticed: 92 |

| | | | | |
|---|---|---|---|---|
| 515942041 | + | EDI: AISACG.COM | May 12 2021 00:23:00 | BMW Bank of North America, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 515954785 | | EDI: BMW.COM | May 12 2021 00:23:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 515934373 | | EDI: BMW.COM | May 12 2021 00:23:00 | Bmw Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017-3584 |
| 515934374 | | EDI: BMW.COM | May 12 2021 00:23:00 | Bmw Financial Services, Attn: Bankruptcy Department, PO Box 3608, Dublin, OH 43016-0306 |
| 515934367 | | EDI: BANKAMER.COM | May 12 2021 00:23:00 | Bank of America, Correspondence FL-1-908-01-49, PO Box 31785, Tampa, FL 33631-3785 |
| 515934369 | | EDI: TSYS2.COM | May 12 2021 00:23:00 | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 515934370 | | EDI: TSYS2.COM | May 12 2021 00:23:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 515934371 | | EDI: BANKAMER.COM | May 12 2021 00:23:00 | Bk of Amer, 450 American St, Simi Valley, CA 93065-6285 |
| 515934377 | | EDI: CAPITALONE.COM | May 12 2021 00:23:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516067435 | | EDI: BL-BECKET.COM | May 12 2021 00:23:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 515934378 | | EDI: CITICORP.COM | May 12 2021 00:23:00 | Cbna, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 515934375 | | EDI: CAPITALONE.COM | May 12 2021 00:23:00 | Cap1/bstby, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 515934376 | | EDI: CAPITALONE.COM | May 12 2021 00:23:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516022110 | | EDI: CAPITALONE.COM | May 12 2021 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517183598 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 11 2021 20:43:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 517183599 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 11 2021 20:43:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 516157180 | + | Email/Text: bncmail@w-legal.com | May 11 2021 20:44:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515934381 | | EDI: CITICORP.COM | May 12 2021 00:23:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 515934382 | | EDI: CITICORP.COM | May 12 2021 00:23:00 | Citibank, Citicorp Credt Srvs/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 515934383 | | EDI: CITICORP.COM | May 12 2021 00:23:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 516143239 | + | EDI: WFNNB.COM | May 12 2021 00:23:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515934385 | | EDI: WFNNB.COM | May 12 2021 00:23:00 | Comenitycapital/bjsclb, PO Box 182120, Columbus, OH 43218-2120 |
| 515934384 | | EDI: WFNNB.COM | May 12 2021 00:23:00 | Comenitycapital/bjsclb, PO Box 182125, Columbus, OH 43218-2125 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 515934389 | EDI: CITICORP.COM | May 12 2021 00:23:00 | Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 515934388 | EDI: CITICORP.COM | May 12 2021 00:23:00 | Dsnb Macys, Macys Bankruptcy Department, PO Box 8053, Mason, OH 45040-8053 |
| 516143828 | EDI: Q3G.COM | May 12 2021 00:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 515941934 | EDI: DISCOVER.COM | May 12 2021 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515934386 | EDI: DISCOVER.COM | May 12 2021 00:23:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 515934387 | EDI: DISCOVER.COM | May 12 2021 00:23:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 516091393 | EDI: ECAST.COM | May 12 2021 00:23:00 | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 516130843 | EDI: ECMC.COM | May 12 2021 00:23:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 515934390 | EDI: WFFC.COM | May 12 2021 00:23:00 | Furniturebar, PO Box 94498, Las Vegas, NV 89193-4498 |
| 515934391 | EDI: WFFC.COM | May 12 2021 00:23:00 | Homeprjvisa, PO Box 94498, Las Vegas, NV 89193-4498 |
| 515934392 | EDI: IRS.COM | May 12 2021 00:23:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 515934379 | EDI: JPMORGANCHASE | May 12 2021 00:23:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 515934380 | EDI: JPMORGANCHASE | May 12 2021 00:23:00 | Chase Card Services, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 515934396 | Email/Text: PBNCNotifications@peritusservices.com | May 11 2021 20:43:00 | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201-3120 |
| 515934397 | + Email/Text: PBNCNotifications@peritusservices.com | May 11 2021 20:43:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 515991495 | + EDI: MID8.COM | May 12 2021 00:23:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515934399 | EDI: NAVIENTFKASMSERV.COM | May 12 2021 00:23:00 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 515934400 | EDI: NAVIENTFKASMSERV.COM | May 12 2021 00:23:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 515934401 | + Email/Text: bnc@nordstrom.com | May 11 2021 20:44:14 | Nordstrom/td, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 516157535 | Email/Text: Bankruptcy.Notices@pnc.com | May 11 2021 20:44:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 515934403 | Email/Text: Bankruptcy.Notices@pnc.com | May 11 2021 20:44:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 516160012 | EDI: PRA.COM | May 12 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 516159781 | EDI: PRA.COM | May 12 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 515934402 | EDI: RMSC.COM | May 12 2021 00:23:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516148477 | EDI: Q3G.COM | May 12 2021 00:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 516040132 | | EDI: Q3G.COM | May 12 2021 00:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518054734 | + | Email/Text: bncmail@w-legal.com | May 11 2021 20:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518054733 | + | Email/Text: bncmail@w-legal.com | May 11 2021 20:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 515934407 | | EDI: RMSC.COM | May 12 2021 00:23:00 | Syncb/Sams Club DC, PO Box 965005, Orlando, FL 32896-5005 |
| 515934404 | | EDI: RMSC.COM | May 12 2021 00:23:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 515934405 | + | EDI: RMSC.COM | May 12 2021 00:23:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 515934406 | | EDI: RMSC.COM | May 12 2021 00:23:00 | Syncb/oldnavydc, PO Box 965005, Orlando, FL 32896-5005 |
| 515934408 | | EDI: RMSC.COM | May 12 2021 00:23:00 | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 515934409 | | EDI: RMSC.COM | May 12 2021 00:23:00 | Syncb/toysrus, Attn: Bankrupty, PO Box 103104, Roswell, GA 30076-9104 |
| 515934410 | | EDI: RMSC.COM | May 12 2021 00:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 515934411 | | EDI: RMSC.COM | May 12 2021 00:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 515934412 | | EDI: RMSC.COM | May 12 2021 00:23:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 515934413 | | EDI: RMSC.COM | May 12 2021 00:23:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 515934414 | | EDI: WTRRNBANK.COM | May 12 2021 00:23:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 515934415 | | EDI: CITICORP.COM | May 12 2021 00:23:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 515934416 | | EDI: WTRRNBANK.COM | May 12 2021 00:23:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 516107103 | | EDI: WFFC.COM | May 12 2021 00:23:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 515934418 | | EDI: WFFC.COM | May 12 2021 00:23:00 | Wells Fargo Home Projects Visa, Wells Fargo Financial, 1 Home Campus Fl 3, Des Moines, IA 50328-0001 |
| 515934419 | | EDI: WFFC.COM | May 12 2021 00:23:00 | Wffnb/Furniture Barn, Wells Fargo Financial National Bank, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 75

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID   Bypass Reason   Name and Address**
518054743   *+   SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: May 11, 2021 | Form ID: 3180W | Total Noticed: 92 |

| | | Weinstein & Riley, P.S. 98121-3132 |
|---|---|---|
| 518054742 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Conika Majumdar | on behalf of Creditor BANK OF AMERICA  N.A. conika.majumdar@fnf.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |
| Ronald E. Norman | on behalf of Debtor Robert N. Grafton  Jr. rnorman@rnormanlaw.com, ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| Ronald E. Norman | on behalf of Joint Debtor Allison M. Grafton rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| Sean M. O'Brien | on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com |
| William M. E. Powers, III | on behalf of Creditor BANK OF AMERICA  N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor BANK OF AMERICA  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 11